**Order filed January 10, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00981-CV

————————

## IN RE SAEXPLORATION, INC., JEFF HASTINGS, AND BRENT WHITELEY, Relators

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 215th District Court
### Harris County, Texas
### Trial Court Cause No. 2012-01355

---

## ORDER

On October 26, 2012, relators filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. ' 22.221. Relators asked this court to order The Honorable Steven Kirkland, Judge of the 215th District Court, Harris County, Texas, to set aside his order disqualifying Brent Whiteley entered in trial court cause number 2012-01355, styled *CGGVeritas Land (U.S.), Inc. v. SAExploration, Inc..*

On December 4, 2012, this court issued an opinion denying relators' requested relief. On December 19, 2012, relators filed a motion for rehearing, which remains pending. Because the respondent ceased to hold the office of Judge of the 215th District Court, Harris County, Texas, after the institution of this action, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Elaine H. Palmer, to reconsider the decision regarding relators' request for relief. *See* Tex. R. App. P. 7.2(b). Therefore, this mandamus proceeding is abated for a period of thirty days from the date of this order, at which time the new presiding judge of the 215th District Court, Harris County, Texas, shall advise the court of the action taken on relators' request. The court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM